IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | 8:08CR473 |
| vs. ) | |
| ) | ORDER |
| GREG WILLIAM FANTER, ) | |
| ) | |
| Defendant. ) | |

This matter is set for trial commencing May 5, 2009. On April 27, 2009, Greg William Fanter filed a motion (Doc. 71) for an order authorizing a psychiatric and/or psychological examination pursuant to 18 U.S.C. § 4241(b). An examination is requested, based on counsel's unsworn allegations that the defendant "has made certain allegations and representations," including "allegations of a paranoid and delusional nature."

The ability to reconsider the issue of competency "at any time," *see* 18 U.S.C. 4241(a), does not mean that the court must hold a hearing any time the defense asks for one. *United States v. Diaz-Gaudarama*, 2009 WL 673997 at *2, Case No. 4:07CR0703 (S.D. Ind., Mar. 13, 2009). The ordering of such an examination "is not a perfunctory or ministerial act on the district court's part." *United States v. Nichelson*, 550 F.2d 502, 504 (8th Cir. 1977). "It would be a misuse of the statute for such motions to be granted 'so routinely that the statute amounts to no more than a provision for an automatic continuance on the defendant's request.'" *United States v. Metcalfe*, 698 F.2d 877, 881 (7th Cir.), *cert. denied*, 461 U.S. 910 (1983) (regarding the predecessor statute to § 4241). However, the permissible reasons for denying such a motion are narrowly circumscribed to lack of

reasonable cause, frivolity or lack of good faith.  *Id.*; *see also* United States v. DeGarmo, 2004 WL 1070678, Case No. 4:03CR3100 (D. Neb., May 12, 2004).

The court finds that the conclusory allegations made in Mr. Fanter's motion do not support a finding that there is reasonable cause to believe he may presently be suffering from a mental disease or defect rendering him mentally incompetent to understand the nature and consequences of the proceedings against him or to assist properly in his defense.  *See* 18 U.S.C. § 4241(a).

**IT IS ORDERED:**

1.   Defendant's Motion for an order authorizing a psychiatric and/or psychological examination pursuant to 18 U.S.C. § 4241 is denied.

2.   Defendant's Motion to Continue Trial Date is denied.  The trial of this matter remains set for Tuesday, May 5, 2009.

Pursuant to NECrimR 57.2(a), a party may appeal this order by filing a "Statement of Appeal of Magistrate Judge's Order" no later than **12:00 noon on Thursday, April 28, 2009.**

**DATED April 28, 2009.**

                                                          BY THE COURT:

                                                          s/ F.A. Gossett
                                                          **United States Magistrate Judge**