### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | |
|                                     ) | |
|       Plaintiff,          ) | |
|                                     ) | 8:08CR473 |
| vs.                                 ) | |
|                                     ) | ORDER |
| GREG WILLIAM FANTER,                ) | |
|                                     ) | |
|       Defendant.         ) | |

    This matter is before the magistrate judge on defense counsel's "Motion for Interim Payment of CJA Attorney Fees" (Doc. 148). The court finds that it is neither necessary nor appropriate to authorize interim payments to counsel in this case. *See* Guide to Judiciary Policy, Vol. VII, Part A, Ch. 2, § 230.73.10.

    **IT IS ORDERED** that the motion (Doc. 148) is denied.

    A party may object to a magistrate judge's order by filing an "Objection to Magistrate Judge's Order" within 14 days after being served with the order. The objecting party must comply with all requirements of NECrimR 59.2.

    **DATED January 22, 2010.**

                                  **BY THE COURT:**

                                  s/ F.A. Gossett
                                  **United States Magistrate Judge**