IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>GREG WILLIAM FANTER,<br><br>　　　　　　　Defendant. | 8:08CR473<br><br>ORDER ON APPEARANCE FOR<br>SUPERVISED RELEASE VIOLATION |

　　　　The defendant appeared before the Court on November 13, 2020 regarding Petition for Offender Under Supervision [208].  David Stickman represented the defendant.  Patrick McGee represented the government.  The defendant was advised of the alleged violation(s) of supervised release, right to retain or appointment of counsel, and any right to a preliminary hearing in accordance with Federal Rule of Criminal Procedure 32.1(a)(3).

　　　　The defendant requested a preliminary hearing.  Fed. R. Crim. P. 32.1(b)(1)(A).  The preliminary hearing will be set by further order of the court.

　　　　The government moved for detention based upon risk of flight and danger.  The defendant is not in federal custody and requests a detention hearing upon coming into federal custody.  The defendant shall be afforded the right to a detention hearing upon coming into federal custody and the government's motion for detention is held in abeyance.

　　　　The defendant shall be returned to the custody of Nebraska state authorities pending the final disposition of this matter.  The U.S. Marshal for the District of Nebraska is directed to place a detainer with the correctional officer having custody of the defendant.

　　　　**IT IS SO ORDERED**.

　　　　Dated this 13th day of November, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Susan M. Bazis
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge