IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>GREG WILLIAM FANTER,<br><br>　　　　　　Defendant. | 8:08-CR-473<br><br>**ORDER** |

This matter is before the Court on the United States of America's Motion to Dismiss. Filing 234. The United States seeks dismissal of the Petition for Warrant or Summons for Offender Under Supervision (Filing 208). The Court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1. The Motion to Dismiss (Filing 234) is granted, and

2. The Petition for Warrant or Summons for Offender Under Supervision (Filing 208) is dismissed.

Dated this 24th day of November, 2020.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge