IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>vs.<br><br>GREG WILLIAM FANTER,<br><br>     Defendant. | 8:8-CR-473<br><br>**ORDER** |

  On November 14, 2022, defendant Greg William Fanter filed a document *pro se* titled "Notice of Tort Claim." Filing 283. The Court in its January 30, 2023, Memorandum and Order construed this filing as containing a habeas petition under 28 U.S.C. § 2255, a habeas petition under 28 U.S.C. § 2254, and a complaint brought under 42 U.S.C. § 1983 related to the conditions of his confinement. The Court then dismissed the portions of Fanter's filing it construed as containing habeas petitions and ordered Fanter to file a notice with the Court stating that he wished to sever the portion of his filing bringing a § 1983 action within 28 days. Filing 284 at 1–2; *see Spencer v. Haynes*, 774 F.3d 467, 471 (8th Cir. 2014) (holding that the district court must obtain the consent of the *pro se* litigant before converting his or her claims from a habeas proceeding to a *Bivens* action). The Court stated that if Fanter failed to provide notice, the Court would dismiss his attempt to file a § 1983 claim without prejudice. Filing 284 at 2.

  The deadline for Fanter to file notice passed on February 27, 2023. Fanter has not provided the Court with any notice. Therefore, the Court will dismiss Fanter's attempt to file a § 1983 action without prejudice. *See Woodson v. Rios*, No. CIV 07-4795(JNE/JJG), 2008 WL 3166128, at *1 (D. Minn. Aug. 4, 2008) (adopting recommendation that the habeas petitioner's petition be

dismissed without prejudice when the petitioner failed to file notice that he consented to the conversion of his habeas petition into a civil action). Accordingly,

IT IS ORDERED:

1. The portion of Fanter's filing at Filing 283 asserting an action under 42 U.S.C. § 1983 is dismissed without prejudice; and

2. The Clerk of Court is ordered to terminate Filing 283 as a pending motion as it has been fully resolved.

Dated this 14th day of March, 2023.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge